United States Bankruptcy Court
Eastern District of Virginia
Richmond Division

In RE:  
Charles Anthony Barbettini, Jr, a/k/a  
CHARLES BARBETTINI JR a/k/a Charles  
Barbettini and Tonia Danita Barbettini  

BCN#: 22-30131-KRH  
Chapter: 13

     Debtors

U.S. Bank National Association, as trustee, on behalf of the holders of the Credit Suisse First Boston Mortgage Securities Corp. CSMC Trust 2006-CF3, CS Mortgage Pass-Through Certificates, Series 2006-CF3 or present noteholder,

     Secured Creditor,

v.

Charles Anthony Barbettini, Jr, a/k/a  
CHARLES BARBETTINI JR a/k/a Charles  
Barbettini and Tonia Danita Barbettini  
     Debtors

## NOTICE OF OBJECTION AND HEARING

U.S. Bank National Association, as trustee, on behalf of the holders of the Credit Suisse First Boston Mortgage Securities Corp. CSMC Trust 2006-CF3, CS Mortgage Pass-Through Certificates, Series 2006-CF3 has filed papers with the court objecting to the confirmation of the proposed Chapter 13 plan.

<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

In order to oppose this motion, you must also attend the preliminary hearing scheduled to be held on: 03/09/2022, 11:10 AM, Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia;  however, the hearing shall be conducted pursuant to Temporary Emergency Provisions Regarding ZoomGov Remote Proceeding Access Information which is available on the court's website.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

**REMOTE HEARING INFORMATION:**

Due to the COVID−19 public health emergency, no in-person hearings are being held.

This hearing will take place remotely through Zoom on the date and time scheduled herein.

To appear at the hearing, you must send, by email, a completed request form (the "Zoom Request Form"), which is available on the Court's internet website at [www.vaeb.courts.gov,](http://www.vaeb.courts.gov) on the page titled, "Temporary Emergency Provisions Regarding ZoomGov Remote Proceeding Access Information." Email your completed Zoom Request Form to the email address listed for the Judge assigned to the case. Following receipt of your Zoom Request Form, Court staff will respond to the email address from which the request was submitted with additional information on how to participate through Zoom.

\*\*\*The email address shall be used only to submit Zoom Request Forms. No other matters or requests will be considered by Court staff, and under no circumstances will any such matters or requests be brought to the Judge's attention. Failure to comply with these instructions may result in appropriate action, including but not limited to the imposition of sanctions.\*\*\*

**PLEASE NOTE:** You MUST submit the Zoom Request Form no later than two (2) business days prior to this hearing. Any documentary evidence the parties wish to present at the hearing must be filed with the Court in advance of the hearing.

Dated: 2/24/2022

LOGS LEGAL GROUP LLP
Attorneys for U.S. Bank National Association, as trustee, on behalf of the holders of the Credit Suisse First Boston Mortgage Securities Corp. CSMC Trust 2006-CF3, CS Mortgage Pass-Through Certificates, Series 2006-CF3

By: /s/ Mary F. Balthasar Lake
Malcolm B. Savage, III, Esquire
VSB #91050
William M. Savage, Esquire
VSB #26155
Mary F. Balthasar Lake, Esquire
VSB #34899
Gregory N. Britto, Esquire
VSB #23476
Randa Azzam, Esquire
VSB #31539

LOGS LEGAL GROUP LLP
10021 Balls Ford Road, Suite 200
Manassas, VA 20109
(703) 449-5800

**CERTIFICATE OF SERVICE**

I hereby certify that on the ___24th___ day of ___February___, __2022__ the following person(s) were served a copy of the foregoing in the manner described below:

Via CM/ECF Electronic Notice:

| | |
|---|---|
| James E. Kane, Kane & Papa, PC<br>1313 East Cary Street<br>P.O. Box 508<br>Richmond, VA 23218-0508 | Debtor's Attorney |
| Suzanne E. Wade<br>7202 Glen Forest Drive<br>Suite 202<br>Richmond, VA 23226 | Chapter 13 Trustee |

Via First Class Mail, Postage Prepaid:

| | |
|---|---|
| Charles Anthony Barbettini, Jr a/k/a CHARLES BARBETTINI JR<br>a/k/a Charles Barbettini<br>7812 Little Ridge Ct.<br>Chesterfield, VA 23832 | Debtor(s) |
| Tonia Danita Barbettini<br>7812 Little Ridge Ct.<br>Chesterfield, VA 23832 | |

/s/ Mary F. Balthasar Lake
_____
Malcolm B. Savage, III, Esquire
VSB #91050
William M. Savage, Esquire
VSB #26155
Mary F. Balthasar Lake, Esquire
VSB #34899
Gregory N. Britto, Esquire
VSB #23476
Randa Azzam, Esquire
VSB #31539
LOGS LEGAL GROUP LLP
10021 Balls Ford Road, Suite 200
Manassas, Virginia 20109
(703) 449-5800
logsecf@logs.com    16-257853

United States Bankruptcy Court
Eastern District of Virginia
Richmond Division

| | |
|---|---|
| In RE:<br>Charles Anthony Barbettini, Jr, a/k/a<br>CHARLES BARBETTINI JR a/k/a Charles<br>Barbettini and Tonia Danita Barbettini<br><br>　　　　Debtors | BCN#: 22-30131-KRH<br>Chapter: 13 |

U.S. Bank National Association, as trustee,
on behalf of the holders of the Credit Suisse
First Boston Mortgage Securities Corp.
CSMC Trust 2006-CF3, CS Mortgage Pass-
Through Certificates, Series 2006-CF3
or present noteholder,

　　　Movant/Secured Creditor,
v.
Charles Anthony Barbettini, Jr, a/k/a
CHARLES BARBETTINI JR a/k/a Charles
Barbettini and Tonia Danita Barbettini
　　　　Debtors


OBJECTION OF U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF
THE HOLDERS OF THE CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES
CORP. CSMC TRUST 2006-CF3, CS MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2006-CF3
TO PROPOSED CHAPTER 13 PLAN AND
CONFIRMATION THEREOF

　　　U.S. Bank National Association, as trustee, on behalf of the holders of the Credit Suisse First Boston Mortgage Securities Corp. CSMC Trust 2006-CF3, CS Mortgage Pass-Through Certificates, Series 2006-CF3, and its assignees and/or successors in interest, a secured creditor in the above-entitled Bankruptcy proceeding, hereby submits the following objections to the confirmation of the Chapter 13 Plan proposed by Debtor:

　　　1.　　　This objecting secured creditor is the beneficiary of a trust deed on property commonly known as 7812 Little Ridge Court, Chesterfield, VA 23832; the promissory note and deed of trust will be attached to the proof of claim filed by the secured creditor.

　　　2.　　　The debtor is due for estimated pre-petition arrears in the amount of $183,976.63.

      3.      The proposed Plan does not set forth a reasonable schedule and time period for the payment of arrearages on the deed of trust.

      4.      The proposed Chapter 13 plan does not provide this objecting secured creditor with adequate protection or adequate security, according to Sections 362 and 1325(a) of the Code.

      5.      As indicated by the debtor's payment history and schedules, the Plan is not feasible.

      6.      The Plan does not propose to pay the secured creditor's entire claim, with estimated arrears of $183,976.63, and plan funding is insufficient to pay the claim. The debtor does not have enough income to make the proposed Chapter 13 payments.

Gregory N. Britto, Esquire  
Malcolm B. Savage, III, Esquire  
William M. Savage, Esquire  
Mary F. Balthasar Lake, Esquire  
LOGS Legal Group LLP  
10021 Balls Ford Road, Suite 200  
Manassas, VA 20109  
(703) 449-5800  16-257853

CONCLUSION

      Any Chapter 13 Plan proposed by Debtors must provide for and eliminate the objections specified above in order to be feasible and to provide adequate protection to this objecting secured creditor.  It is respectfully requested that confirmation of the Chapter 13 Plan as proposed by Debtor be denied.

      WHEREFORE, secured creditor prays as follows:

1. That confirmation of the proposed Chapter 13 Plan be denied.
2. For attorney's fees and costs incurred herein.
3. That a hearing be held March 9, 2022 at 11:10 AM, Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia, on this objection; however, the hearing shall be conducted pursuant to Temporary Emergency Provisions Regarding ZoomGov Remote Proceeding Access Information which is available on the court's website.
4. For such other relief as this Court deems proper.

Dated: 2/24/2022

Respectfully submitted
U.S. Bank National Association, as trustee, on behalf of the holders of the Credit Suisse First Boston Mortgage Securities Corp. CSMC Trust 2006-CF3, CS Mortgage Pass-Through Certificates, Series 2006-CF3
By Counsel:

/s/ Mary F. Balthasar Lake

Gregory N. Britto, Esquire
Malcolm B. Savage, III, Esquire
William M. Savage, Esquire
Mary F. Balthasar Lake, Esquire
LOGS Legal Group LLP
10021 Balls Ford Road, Suite 200
Manassas, VA 20109
(703) 449-5800

# CERTIFICATE OF SERVICE

I hereby certify that on the __24th__ day of __February__, __2022__ the following person(s) were served a copy of the foregoing in the manner described below:

Via CM/ECF Electronic Notice:

James E. Kane, Kane & Papa, PC                                            Debtor's Attorney
1313 East Cary Street
P.O. Box 508
Richmond, VA 23218-0508

Suzanne E. Wade                                                           Chapter 13 Trustee
7202 Glen Forest Drive
Suite 202
Richmond, VA 23226

Via First Class Mail, Postage Prepaid:

Charles Anthony Barbettini, Jr a/k/a CHARLES BARBETTINI JR    Debtor(s)
a/k/a Charles Barbettini
7812 Little Ridge Ct.
Chesterfield, VA 23832

Tonia Danita Barbettini
7812 Little Ridge Ct.
Chesterfield, VA 23832

                                                                /s/ Mary F. Balthasar Lake
                                                                _____
                                                                Malcolm B. Savage, III, Esquire
                                                                VSB #91050
                                                                William M. Savage, Esquire
                                                                VSB #26155
                                                                Mary F. Balthasar Lake, Esquire
                                                                VSB #34899
                                                                Gregory N. Britto, Esquire
                                                                VSB #23476
                                                                Randa Azzam, Esquire
                                                                VSB #31539
                                                                LOGS LEGAL GROUP LLP
                                                                10021 Balls Ford Road, Suite 200
                                                                Manassas, Virginia 20109
                                                                (703) 449-5800
                                                                logsecf@logs.com    16-257853