**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | | CASE NO: 22-30131-KRH |
| Address: | CHARLES ANTHONY BARBETTINI, JR, 7812 LITTLE RIDGE CT CHESTERFIELD, VA 23832-7775 | CHAPTER 13 |
| | Debtor(s). | |

## NOTICE OF HEARING

Bosco Credit V Trust Series 2012-1, a creditor in this case, has filed papers with the court to object to the confirmation of the Chapter 13 plan with regard to certain property more particularly described in those papers which are attached.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you want the Court to consider your views on the Objection, then you or your attorney must:

File with the Court, at the address shown below, a written response. If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it before the date stated below.

    United States Bankruptcy Court
    Richmond Division
    701 East Broad Street, Suite 4000
    Richmond, VA 23219-1888

You must also mail a copy of any such response to:

M. Christine Maggard, VSB# 33824
Brock & Scott, PLLC
8757 Red Oak Blvd., Suite 150
Charlotte, NC 28217
christine.maggard@brockandscott.com
*Counsel for the Movant*

M. Christine Maggard, Esquire
Brock & Scott, PLLC
8757 Red Oak Blvd., Suite 150
Charlotte, NC 28217

**Attend the hearing that will be conducted on May 4, 2022 at 11:10 AM**.

**REMOTE HEARING INFORMATION:**

Due to the COVID−19 public health emergency, no in-person hearings are being held.

This hearing will take place remotely through Zoom on the date and time scheduled herein.

To appear at the hearing, you must send, by email, a completed request form (the "Zoom Request Form"), which is available on the Court's internet website at [www.vaeb.courts.gov](http://www.vaeb.courts.gov), on the page titled, "Temporary Emergency Provisions Regarding ZoomGov Remote Proceeding Access Information." Email your completed Zoom Request Form to the email address listed for the Judge assigned to the case. Following receipt of your Zoom Request Form, Court staff will respond to the email address from which the request was submitted with additional information on how to participate through Zoom.

\*\*\*The email address shall be used only to submit Zoom Request Forms. No other matters or requests will be considered by Court staff, and under no circumstances will any such matters or requests be brought to the Judge's attention. Failure to comply with these instructions may result in appropriate action, including but not limited to the imposition of sanctions.\*\*\*

**PLEASE NOTE**: You MUST submit the Zoom Request Form no later than two (2) business days prior to this hearing. Any documentary evidence the parties wish to present at the hearing must be filed with the Court in advance of the hearing..

Dated: April 12, 2022                        /s/ M. Christine Maggard
                                             M. Christine Maggard, VSB# 33824
                                             Brock & Scott, PLLC
                                             8757 Red Oak Blvd., Suite 150
                                             Charlotte, NC 28217
                                             christine.maggard@brockandscott.com
                                             *Counsel for the Movant*

## CERTIFICATE OF SERVICE

    The foregoing Notice was endorsed by and/or served upon all necessary parties pursuant to Local Rules by electronic notification and/or U.S. First Class Mail, postage pre-paid.

James E. Kane
Kane & Papa, PC
1313 E Cary St, P.O. Box 508
Richmond, VA 23218
*Counsel for Debtor*

CHARLES ANTHONY BARBETTINI, JR
7812 LITTLE RIDGE CT
CHESTERFIELD, VA 23832-7775
*Debtor*

Suzanne E. Wade
7202 Glen Forest Drive, Ste. 202
Richmond, VA 23226
*Trustee*

Dated: April 12, 2022

                                              /s/ M. Christine Maggard
                                              M. Christine Maggard, VSB# 33824
                                              Brock & Scott, PLLC
                                              8757 Red Oak Blvd., Suite 150
                                              Charlotte, NC 28217
                                              christine.maggard@brockandscott.com
                                              *Counsel for the Movant*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>Address: CHARLES ANTHONY BARBETTINI, JR,<br>7812 LITTLE RIDGE CT<br>CHESTERFIELD, VA 23832-7775<br><br>Debtor(s). | CASE NO: 22-30131-KRH<br><br>CHAPTER 13 |

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

COMES NOW, Bosco Credit V Trust Series 2012-1 (the "Secured Creditor"), and its successors and assigns, by and through its legal counsel, Brock & Scott, PLLC, and objects to confirmation of the Debtor's Chapter 13 Plan, on the following grounds:

1. On January 18, 2022, Debtor(s) filed a voluntary petition in this Court under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. The Secured Creditor holds a secured claim by virtue of a second position Deed of Trust lien dated January 24, 2005 on real property (the "Property") described in that Deed of Trust recorded in the County of Chesterfield, VA's Circuit Court Clerk's Office, on January 25, 2005 at Deed Book 6187 at page 298 (the "Deed of Trust") with an address of 7812 Little Ridge Court, Chesterfield, VA 23832.

3. The Secured Creditor holds or is otherwise entitled to enforce a promissory note (the "Note") secured by the Deed of Trust from the Debtor in the original principal amount of $54,400.00 and dated January 24, 2005.

4. Due the debtor's multiple filings, the arrearage on the loan has escalated significantly beyond the principal amount of the original loan. Debtor and his spouse, since the

inception of the loan, have filed the following cases:

| Case Number | Debtor | Date Filed | Result |
|---|---|---|---|
| 11-37134 | Charles & Tonia Barbettini | 11/09/2011 | Dismissed 3/27/2013 |
| 14-30052 | Charles Barbettini | 1/07/2014 | Dismissed 2/21/2014 |
| 14-35128 | Charles Barbettini | 9/24/2014 | Dismissed 5/06/2016 |
| 16-35239 | Charles Barbettini | 10/25/2016 | Dismissed 12/07/2016 |
| 17-31129 | Charles Barbettini | 3/07/2017 | Dismissed for Abuse 12/28/2017 |
| 19-34680 | Charles & Tonia Barbettini | 9/09/2019 | Dismissed 2/07/2020 |
| 22-30131 | Charles Barbettini | 1/18/2022 | Pending |

5.    The Secured Creditor does not accept and objects to the Debtor's proposed Plan. The total debt as of the date of filing was $147,976.74.00 with pre-petition arrears in the amount of $98,361.86, as stated in the Secured Creditor's Proof of Claim 7-1 filed February 1, 2022. The Debtor's proposed Plan intends to treat the Secured Creditor's total indebtedness as unsecured and impermissibly strip/avoid the deed of trust lien on the primary residence. The property is held as tenants by the entirety with the Debtor's non-filing spouse and the lien may not be stripped in the Debtor's bankruptcy case. In re Alvarez, 733 F.3d 136 (4th Cir. 2013) The Secured Creditor submits that the plan seeks to impermissibly modify the rights of the holder of a secured claim in violation of 11 U.S.C. §1322(b)(2).

6.    According to Debtor's Schedules I and J, the Debtor and non-filing spouse's combined net monthly income, less expenses, is $2,748.96; however, the proposed plan starting at month 2 through month 60, requires a monthly payment in the amount of $3,578.00. The

Debtor's initial plan payment is in the amount of $50.00.  The Debtor fails to pay his disposable income into the plan for the initial month/payment.  Additionally, the plan is underfunded in the amount of $5,053.36 even if one excludes the arrearage of $$98,361.86 that is owed to this Secured Creditor.  The plan is not feasible as the monthly net income, after expenses, is insufficient to fund the plan; therefore, the plan violates 11. U.S.C. §1325(a)(6), is not filed in good faith, and is not confirmable.

    **WHEREFORE**, Bosco Credit V Trust Series 2012-1, and its successors and assigns, prays for the Court to sustain this Secured Creditor's Objection, deny confirmation of the plan, and to grant any such other and further relief as may be just and necessary.

Dated: April 12, 2022                          /s/ M. Christine Maggard
                                                      M. Christine Maggard, VSB# 33824
                                                      Brock & Scott, PLLC
                                                      8757 Red Oak Blvd., Suite 150
                                                      Charlotte, NC 28217
                                                      christine.maggard@brockandscott.com
                                                      *Counsel for the Movant*

## **CERTIFICATE OF SERVICE**

The foregoing Objection was endorsed by and/or served upon all necessary parties pursuant to Local Rules by electronic notification and/or U.S. First Class Mail, postage pre-paid.

James E. Kane
Kane & Papa, PC
1313 E Cary St, P.O. Box 508
Richmond, VA 23218
*Counsel for Debtor*

CHARLES ANTHONY BARBETTINI, JR
7812 LITTLE RIDGE CT
CHESTERFIELD, VA 23832-7775
*Debtor*

Suzanne E. Wade
7202 Glen Forest Drive, Ste. 202
Richmond, VA 23226
*Trustee*

Date: April 12, 2022

/s/ M. Christine Maggard
M. Christine Maggard, VSB# 33824
Brock & Scott, PLLC
8757 Red Oak Blvd., Suite 150
Charlotte, NC 28217
christine.maggard@brockandscott.com
*Counsel for the Movant*